PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (415) 781-8866
Facsimile: (415) 781-2266

Attorney for Defendant
ROBERT SOLORIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-0571 WHA |
| Plaintiff, | ORDER AFTER HEARING FINDING DEFENDANT SOLORIO COMPETENT TO STAND TRIAL PURSUANT TO 18 U.S.C. §4241(d) |
| vs. | |
| ROBERT SOLORIO, et al., | |
| Defendants. | |

This matter came on for hearing on March 20, 2012, pursuant to 18 U.S.C. §4241(d) on defendant's Motion to Determine Competency of Defendant Solorio (Docket No. 33). Having reviewed the Confidential Report of Psychological Evaluation prepared by forensic psychologist Jeremy Coles, Ph.D., dated March 14, 2012, the pleadings of the parties and after considering the arguments of counsel, the Court finds pursuant to 18 U.S.C. §4241(a) that defendant SOLORIO is competent to stand trial in that he understands the nature of the proceedings against him and is able to assist properly in his defense.

Dated: April 5, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

-1-